# United States District Court
# District of Nevada (Reno)
# CIVIL DOCKET FOR CASE #: 3:26−cv−00880−MMD−CLB

Assigned to: Judge Miranda M. Du
Referred to: Magistrate Judge Carla Baldwin
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 11/12/2026
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Donald Carlos Seoane**
*formerly known as*
Donny Long

represented by **Donald Carlos Seoane**
1277492
405 Simpson Rd.
Kissimmee, FL 34744
PRO SE

V.

**Defendant**

**Pedophile Terrorist Pornstar Hooker**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/12/2026 | Ï 1 | RECEIPT of Initiating Documents by Court on behalf of Plaintiff. No Application to Proceed IFP or Filing Fee received. (Attachments: # 1 complaint) (WJ) (Entered: 11/17/2026) |
| 11/17/2026 | Ï | Case randomly assigned to Judge Miranda M. Du and Magistrate Judge Carla Baldwin. (WJ) (Entered: 11/17/2026) |
| 11/17/2026 | Ï 2 | ADVISORY LETTER to litigant. (WJ) (Entered: 11/17/2026) |
| 11/18/2026 | Ï 3 | ORDER.<br><br>IT IS ORDERED that the Clerk of the Court will transfer this case to the United States District Court for the Middle District of Florida, Orlando Division.<br><br>IT IS FURTHER ORDERED that the Clerk of the Court close the case in this Court.<br><br>Signed by Judge Miranda M. Du on 11/18/2026. (Copies have been distributed pursuant to the NEF − AMMi) (Entered: 11/19/2026) |